# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| L. FOSTER CONSULTING, LLC,      ) | |
|                                                      ) | |
|        Plaintiff,     ) | |
|                                                      ) | |
| v.                                                       ) | Civil Action No. 3:11cv800 |
|                                                      ) | |
| XL GROUP, INC.,                 ) | |
|                                                      ) | |
|        Defendant.    ) | |

## XL GROUP, INC.'S MOTION TO DISMISS

Defendant, XL Group, Inc., by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(F) of the Rules of the U.S. District Court for the Eastern District of Virginia, hereby moves this Court for an Order dismissing the Second Amended Complaint (Docket No. 45), filed by Plaintiff, L. Foster Consulting, LLC, on February 3, 2012, for the reasons more fully described in the accompanying Memorandum of Law filed herewith.

Dated: February 17, 2012

Respectfully submitted,

XL GROUP, INC.

     /s/ Mary Elizabeth Davis
Mary Elizabeth Davis (VSB No. 41908)
E-mail: mdavis@spottsfain.com
Elliot P. Fitzgerald (VSB No. 76724)
E-mail: efitzgerald@spottsfain.com
Robert D. Michaux (VSB No. 80701)
E-mail: rmichaux@spottsfain.com
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for XL Group, Inc.*

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 17th day of February, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Christopher C. Spencer (VSB No. 21878)
> E-mail:  cspencer@ohaganspencer.com
> Eve Grandis Campbell (VSB No. 41490)
> E-mail:  ecampbell@ohaganspencer.com
> O'Hagan Spencer LLP
> 6806 Paragon Place, Suite 200
> Richmond, Virginia 23230
> Telephone:  (804) 285-5200
> Facsimile:  (804) 285-5210
> *Counsel for L. Foster Consulting, LLC*

                                                                              */s/  Mary Elizabeth Davis*
                                                                              Mary Elizabeth Davis (VSB No. 41908)
                                                                              E-mail:  mdavis@spottsfain.com
                                                                              Elliot P. Fitzgerald (VSB No. 76724)
                                                                              E-mail:  efitzgerald@spottsfain.com
                                                                              Robert D. Michaux (VSB No. 80701)
                                                                              E-mail:  rmichaux@spottsfain.com
                                                                              SPOTTS FAIN PC
                                                                              411 East Franklin Street, Suite 600
                                                                              Richmond, Virginia 23219
                                                                              Telephone:  (804) 697-2000
                                                                              Facsimile:  (804) 697-2100
                                                                              *Counsel for XL Group, Inc.*