IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

L. FOSTER CONSULTING, LLC,

    Plaintiff,

v.                            Civil Action No. 3:11cv800

XL GROUP, INC.,

    Defendant.

## ORDER

Counsel for the parties having represented that the disputes in this action have been settled, it is hereby ORDERED that the following motions are denied as moot:

    (1)    XL GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT (Docket No. 88);

    (2)    XL GROUP, INC.'S MOTION TO EXCLUDE THE TESTIMONY OF DEAN E. HEINBERG (Docket No. 90);

    (3)    XL GROUP, INC.'S MOTION IN LIMINE (Docket No. 93) and

    (4)    L. FOSTER CONSULTING, LLC'S MOTION IN LIMINE (Docket No. 103).

It is so ORDERED.

                                          /s/    REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: August 23, 2012